**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-6643**

---

UNITED STATES OF AMERICA,

     Plaintiff – Appellee,

  v.

DONOVAN ROBERT BRADLEY, a/k/a Donny,

     Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:04-cr-00076-MSD-FBS-1)

---

Submitted: July 26, 2012   Decided:  August 2, 2012

---

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Donovan Robert Bradley, Appellant Pro Se. Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donovan Robert Bradley appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We review an order granting or denying a § 3582 motion for a sentence reduction for abuse of discretion. See United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010) (citing United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004)). "A district court abuses its discretion if it . . . bases its exercise of discretion on an erroneous factual or legal premise." DIRECTV, Inc. v. Rawlins, 523 F.3d 318, 323 (4th Cir. 2008) (citing James v. Jacobson, 6 F.3d 233, 239 (4th Cir. 1993)). We have thoroughly reviewed the record and conclude that the district court did not abuse its discretion in reducing Bradley's sentence. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED